Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br>        Plaintiff,<br><br>vs.<br><br>MARIO A. PIERGALLINI, an individual, and KAREN L. PIERGALLINI, an individual, collectively d/b/a BLOSSOM VALLEY VALERO; and DOES 1-10, Inclusive,<br>        Defendants. | **Case No. 5:14-CV-00814-RMW**<br><br>*Civil Rights*<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>*FRCP Rule 15 (a)(2)* |

IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES TO THE ABOVE ENITLED ACTION through their counsels of record, that Plaintiff may file Second Amended Complaint in order to allege additional barriers related to Plaintiff's disability subsequently identified during the Joint Site Inspection. A True and correct copy of the Second Amended Complaint is attached hereto as Exhibit "A".

By signing this stipulation, Defendants and their counsel do not admit that any of the allegations of the Second Amended Complaint are true or accurate.

The signing of this stipulation does not limit in any manner Defendant's right to respond as they may to the Second Amended Complaint.

The Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail. And each of which shall be deemed an original, but all of which together shall constitute one instrument.

IT IS SO STIPULATED

Dated: May 13, 2014            /s/    *Irene Karbelashvili*
                               Irene Karbelashvili, Attorney for Plaintiff
                               Richard Johnson


Dated: May 13, 2014            /s/    *Daniel W. Ballesteros*
                               Daniel W. Ballesteros, Attorney for Defendants
                               Mario A. Piergallini and Karen L. Piergallini


### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on May 13, 2014, I, Irene Karbelashvili, received the concurrence of Daniel W. Ballesteros, Esq. in the filing of this document

                               By:        /s/ Irene Karbelashvili
                                       IRENE KARBELASHVILI

1
2  **PURSUANT TO STIPULATION IT IS SO ORDERED**
3
4  Dated: 6/18/14
5
*Ronald M. Whyte*
Hon. Ronald M. Whyte,
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28