Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICHARD JOHNSON,<br>Plaintiff,<br><br>vs.<br><br>Mario A. Piergallini, an individual and Karen L. Piergallini, an individual, collectively d/b/a/ BLOSSOM VALLEY VALERO, And DOES 1-10, inclusive.,<br><br>Defendants | **Case No.  5:14-CV-00814-RMW**<br><br>**Assigned to Hon. Ronald M. Whyte**<br><br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND () ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

Plaintiff RICHARD JOHNSON and Defendants Mario A. Piergallini, an individual and Karen L. Piergallini, an individual, collectively d/b/a/ BLOSSOM VALLEY VALERO by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2). Plaintiff filed

this lawsuit on February 22, 2014. Defendants, who have answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each side shall pay its own attorneys' fees and costs.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

DATED: October 16, 2014          By: */s/ Irene Karbelashvili*
                                 IRENE KARBELASHVILI
                                 Attorney for Plaintiff RICHARD JOHNSON

DATED: October 15, 2014          By: */s/ Daniel W. Ballesteros*
                                 DANIEL W. BALLESTEROS, Attorney for
                                 Defendants MARIO A. PIERGALLINI, an
                                 individual and KAREN L. PIERGALLINI, an
                                 individual, collectively d/b/a/ BLOSSOM
                                 VALLEY VALERO

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on October 15, 2014, I, Irene Karbelashvili, received the concurrence of Daniel W. Ballesteros, Esq. in the filing of this document

                                 */s/ Irene Karbelashvili*
                                 IRENE KARBELASHVILI

1

## ORDER

2

3

    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

4

  1.  The lawsuit against Defendants is dismissed with prejudice.

5

6

  2.  Each side shall pay its own attorneys' fees and costs.

7

8

Dated:   FÇËÒ BF

Hon. Ronald M. Whyte, United States
District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No. 5:14-CV-00814 RMW**